# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

ALEXANDER WILD,

    Plaintiff(s),

v.

LEGACY TERMITE CONTROL, INC.,

    Defendant.

Case No. 2:17-CV-02344-GW-PLA

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The Court having considered the Parties' Stipulated Dismissal With Prejudice, orders as follows:

1. The action is dismissed with prejudice as to Defendant Legacy Termite Control, Inc. pursuant to F.R.C.P. 41(a)(1)(A)(ii).

2. Each party shall bear their own costs and attorneys' fees.

3. All relief not expressly granted herein is denied.

IT IS SO ORDERED.

Date: August 1, 2017

_____
U.S. DISTRICT JUDGE

ORDER OF DISMISSAL
1